## SANDUSKY *v.* WEBB ET AL.

APPEAL from the Sullivan Circuit Court.

PETTIT, C. J.—The paper which purports to be a transcript of the record below is not under the seal of any court, and we cannot, therefore, take notice of it, or entertain jurisdiction of the case.

The appeal is dismissed, at the costs of the appellant.

*J. M. Hanna, J. M. Allen*, and *W. Mack*, for appellant.

*S. Coulson*, for appellees.